PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Pino                                    Cr.: 02-00277-001

Name of Sentencing Judicial Officer: Honorable Joel A. Pisano

Date of Original Sentence: 01/23/06

Original Offense: Subscribing to a False Personal Income Tax Return

Original Sentence: 2 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 01/23/06

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 1, 2006, Pino signed an Admission of Drug Use Form indicating he used cocaine on January 26, 2006. |

U.S. Probation Officer Action:
The writer recommends presentation of this document to Pino as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Dina M. Violante
U.S. Probation Officer
Date: 02/01/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Present 12A to offender as written judicial reprimand.
[ ] Other

_____
Signature of Judicial Officer

2/17/06
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
ERIC K. SNYDER
MATTHEW F. MILLER

February 2, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

Honorable Joel A. Pisano
United States District Court Judge
5060 Martin Luther King, Jr.
Federal Building and United States Courthouse
Newark, NJ 07102

RE: **United States v. William Pino**
    **Dkt. No. 02-277-001**
    **Non-Compliant Behavior**
    **Written Reprimand Recommended**

Dear Judge Pisano:

On January 23, 2006, William Pino was sentenced by Your Honor to two years probation for the offense of Subscribing to a False Income Tax Return. The offender was also ordered to abide by drug treatment/testing, alcohol treatment, DNA testing, cooperate with Internal Revenue Service, and full financial disclosure special conditions.

On February 1, 2006, Pino reported to the office as directed and signed an Admission of Drug Use Form admitting to using cocaine on January 26, 2006. The Probation Office has referred Pino for a substance abuse assessment and will increase urine testing and counsel the offender in this area.

In view of the cited instance of non-compliance, the undersigned recommends presentation of the attached Probation Form 12A to Pino as a written reprimand issued under the authority and with the approval of the Court. Hopefully, the offender will respond to Your Honor's written reprimand concerning his non-compliant behavior.

If the Court agrees with our recommendation, please sign the attached Form 12A and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Dina M. Violante
    U.S. Probation Officer

/dmv

Attachment

cc: Ricardo Solano, AUSA
    James C. Patton, Esq. (Retained)